# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMO Harris Bank NA, | No. CV-16-3866-PHX-DKD |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| BJ Leasing Incorporated, et al., | |
| Defendants. | |

TO THE HONORABLE G. MURRAY SNOW, U.S. DISTRICT JUDGE:

All of the parties have not consented to Magistrate Judge jurisdiction and, therefore, this Report and Recommendation is being transmitted to the Presiding Phoenix Division District Judge to recommend granting Plaintiff's Motion to Join Defendant Shellie Goers to Amended Judgement (Doc. 31) and to enter the proposed Amended Judgement (Doc. 31-1).

**IT IS THEREFORE RECOMMENDED** that Plaintiff BMO Harris Bank NA's Motion for Amended Judgement be granted. (Doc. 31)

**IT IS FURTHER RECOMMENDED** that Plaintiff BMO Harris Bank NA's Motion for Attorney Fees be denied. (Doc. 28)

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this

recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

Dated this 12th day of June, 2017.

_____
David K. Duncan
United States Magistrate Judge