# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMO Harris Bank NA, | No. CV-16-03866-PHX-DKD |
| Plaintiff, | **ORDER** |
| v. | |
| BJ Leasing Incorporated, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's Motion for Attorney Fees and Motion for Amended Judgment, and Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). No response or objection having been timely filed and good cause appearing,

**IT IS HEREBY ORDERED** accepting Magistrate Judge Duncan's R&R (Doc. 32).

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees (Doc. 28) is denied.

**IT IS FURTHER ORDERED** that the Motion for Amended Judgment (Doc. 31) is granted and the Clerk of Court is directed to enter an amended default judgment.

Dated this 12th day of July, 2017.

_____
Honorable G. Murray Snow
United States District Judge